Gayle E. Mills
PO Box 36317
Tucson, AZ 85740

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| SEGUNDA CORPORATION | ) | Case No. 4:18-bk-03653-BMW |
| | ) | |
| | ) | TRUSTEE'S REPORT OF INTERNET |
| | ) | AUCTION SALE |
| Debtor(s). | ) | |
| | ) | |

Pursuant to Fed. R. Bankr. P. 6004(f)(1), Gayle E. Mills, Trustee, in the above-captioned case reports to the Court that pursuant to the appointment of Internet auctioneer and after due notice to creditors and interested parties, two public auction were held on the Internet venue known as www.bkassets.com with Auction #1 (Judgment vs. Fundrite, LLC) commencing on **Dec. 27, 2019 at 04:15 pm PST** and ending on **Jan. 21, 2020 at 02:46 pm PST;** and with Auction #2 (Judgment vs. Merchants Capital Access, LLC) commencing on **Jan. 24, 2020 at 04:12 pm PST** and ending on **Feb. 25, 2020 at 02:34 pm PST** The Internet sales were conducted by Internet auctioneer, BKAssets.com LLC, and that the estate property was described above. The two judgments sold for a highest bid of: Auction #1 $609.00 and Auction #2 $548.33. Expenses reimbursed by buyer were $275.00 for each sale for a total of $550. Total gross proceeds from the two auction sales were $1,707.33.

A report of items sold by auctioneer is attached hereto as Exhibit A and is incorporated herein by this reference.

_March 11, 2020_
DATE

_Gayle E. Mills, Trustee_
Gayle E. Mills, Trustee

# EXHIBIT A

## REPORT OF INTERNET AUCTIONS

BANKRUPTCY CASE NAME:            Segunda Corp.

BANKRUPTCY CASE NUMBER:       4:18-bk-03653-BMW

CHAPTER 7 TRUSTEE:                     Gayle E. Mills

INTERNET VENUE SELECTED BY AUCTIONEER:        www.bkassets.com

FIRST ASSET SOLD:      Judgment vs. Fundrite, LLC

INTERNET SALE PERIOD:           25 Day Auction, Commenced 12/27/19 at 04:15 pm PST, Concluded 01/21/19 at 02:46 pm PST

NUMBER OF BIDS RECEIVED AT SUCCESSFUL AUCTION:        2

SOLD TO:   FLOYD WHITE
           210B HIGHLAND BLVD.
           NEW CASTLE, DE. 19720

FINAL AMOUNT RECEIVED AND REMITTED TO TRUSTEE, GAYLE E. MILLS: $884.00 (HIGHEST BID AMOUNT OF $609 PLUS REIMB. FROM BUYER TOWARDS COSTS OF $275)

ADDITIONAL EXHIBITS ATTACHED:

"B"   Bidding report from EBAY
"C"   EBAY advertisement created for the sale by BKAssets.com

Email correspondence from EBAY bidders available upon request

SECOND ASSET SOLD:   Judgment vs. Merchants Capital Access, LLC

INTERNET SALE PERIOD:           30 Day Auction, Commenced 01/24/20 at 04:12 pm PST, Concluded 02/25/20 at 02:34 pm PST

NUMBER OF BIDS RECEIVED AT SUCCESSFUL AUCTION:     1

SOLD TO:  **FLOYD WHITE**
          **210B HIGHLAND BLVD.**
          **NEW CASTLE, DE. 19720**

FINAL AMOUNT RECEIVED AND REMITTED TO TRUSTEE, GAYLE E. MILLS: $823.33 (HIGHEST BID AMOUNT OF $548.33 PLUS REIMB. FROM BUYER TOWARDS COSTS OF $275)

ADDITIONAL EXHIBITS ATTACHED:

"D"   Bidding report from EBAY
"E"   EBAY advertisement created for the sale by BKAssets.com

          Email correspondence from EBAY bidders available upon request
So reported by:

Dated 3/4/2020           _____
                         David A. Birdsell, Managing Member

# Exhibit B

Search…

On Auction Now         eBay Auctions         Make An Offer

My Account


BKAssets.com
Bankruptcy auctions, just a click away!

Home    Auctions ▾    On Sale Soon ▾    Trustees and Staff    Links ▾    Contact ≡

Home / Judgments / Judgment in the Amount of $45,854.27!

# Judgment in the Amount of $45,854.27!

Winning Bid: $609.00

Item condition: New

Category: Judgments

Share this auction:

**Description**   **Auction history**   Reviews (0)

## Auction History

Auction has finished

Highest bidder was: buckauction

| Date | Bid | User | Auto |
|---|---|---|---|
| January 21, 2020 2:46 pm | $609.00 | buckauction | |
| January 9, 2020 2:48 pm | $459.00 | panorama | |
| December 27, 2019 4:15 pm | Auction started | | |

## Related products



**Judgment in the Amount of $193,807.55**

Starting bid: $1,935.00

Time left

| 1 | 6 | 41 | 46 |
|---|---|---|---|
| Day | Hours | Minutes | Seconds |

Bid Now



**Judgment in the Amount of $192,405.00**

Auction Ended Auction finished

Bid Now



**Judgment in the Amount of $54,833.02!**

Starting bid: $548.33

Time left

| 1 | 1 | 6 | 41 | 46 |
|---|---|---|---|---|
| Week | Day | Hours | Minutes | Seconds |

Bid Now

Copyright © 2018 BK Assets

# Exhibit C

Search …

On Auction Now    eBay Auctions    Make An Offer

My Account   



Home  Auctions ▼   On Sale Soon ▼   Trustees and Staff   Links ▼   ≡ act

Home / Judgments / Judgment in the Amount of $45,854.27!



# Judgment in the Amount of $45,854.27!

Winning Bid: $609.00

Item condition: New

Category: Judgments

Share this auction:

    

**Description** | Auction history | Reviews (0)

## Description

Item Id: Segunda01
Case Name: Segunda Corp.
Case Number: 18 03653
Trustee:
Starting Minimum Bid: $459

**Description:** Default judgment against Fundrite LLC, a New York limited liability company in the amount of $45,854.27. The judgement was filed in the District of Arizona in the above bankruptcy case, and Adv. Pro # 3:19-ap-00176 on behalf

of the Trustee (Mills)

The judgment is in the amount of $45,854.27 plus interest

Trustee will provide known address of the defendant to the winning bidder.

**Judgment** See Link Below:
DE #10 Default Judgment

**Notes:** A closing cost fee of $275 will apply. This is all we know about this item. Any fees/liens owing on this item are not part of the final bid price. A bid submitted by a buyer is an agreement to our Terms. Buyers should not bid unless they fully intend to complete the sale in accordance with our Terms (to view terms, click "Terms" tab in Seller Store header at top of ad).

Bidders should familiarize themselves with BKAssets.com policy regarding 'Proxy Bidding' (see 'Bidding Guide' on www.bkassets.com Home Screen). BKAssets is not responsible for connectivity issues, or Internet transmission times, when submitting an auction bid near the close of auction. The auction process does not extend past the set close time of the auction and bidders are solely responsible for the timing and receipt of their bids if they elect not to utilize Proxy bidding.

**BKAssets.com has retained the services of an outside collection agency specializing in judgments who may be willing to assist the winning bidder in pursuing, and collecting, on the judgment from the defendant. This asset has been pre-approved for this assistance by both BKAssets and the collection agency.

This service is an option for the winning bidder if they so choose to accept. It is NOT provided automatically by BKAssets.com.

This agreement with BKAssets.com is on a contingency basis. If the winning bidder elects to accept this service by the collection agency, should any payments be received, the collection agency will have the right to maintain up to 33% of the funds collected on behalf of the winning bidder. There is no up-front fee to the buyer for the service. The agency is only paid if they are successful in their efforts obtaining payment directly from the defendant.

In order to accept this agreement and collection support, the winning bidder must contact BKAssets directly once the original assignment is signed and notarized by the Trustee and the assignment is received by to the winning bidder. BKAssets will then provide the collection agency contact information to the winning bidder.**

**Legal Info:** By Order of the United States Bankruptcy Court, BKAssets sells this and any other property/judgment "AS IS, WHERE IS", with no warranties implied or stated. This means that the Seller and the trustee are not responsible for problems (if any) with the judgment, collection of same, or any liens or encumbrances against the defendants. The buyer will be entirely responsible for this judgment/assignment after the sale including but not limited to: paying any fees/costs associated with this judgment, pursuit of the collection any paperwork/documentation necessary for that process and for collection of the judgment. Seller and trustee are NOT appraisers or judgment brokers. BKAssets and the trustee shall be under no obligation to buyer except to provide buyer with a assignment. All the information as to the item description has been provided by the court. BKAssets cannot guarantee that all the information is accurate. BKAssets recommends all bidders perform their own due diligence prior to bidding. As with any bankruptcy sale, this sale may be subject to court approval.

**Payment Info:** $U.S. Money order, certified check, cashier's check. BKAssets may also accept "bill pay" from Wells Fargo, Bank of America, Citibank, Chase, a local regional bank or Credit Union. If you would like to use "Bill Pay," but do not bank at one of these establishments, please call BKAssets prior to sending payment.

A closing cost fee of $275 (payable to seller) will apply. Full payment must be received within (7) days of winning bid. Any bidder who does not complete the sale within 7 days from the close of auction will be considered in default. Seller has the right to proceed with the next highest bidder.

**Shipping Info:** Shipping is included to all buyers in the United States. International bidders are welcome, please contact Bkassets for shipping costs to countries other than the United States prior to bidding. Shipping costs to locations outside

of the US will be calculated at the close of auction. Please be advised that because this is a US Bankruptcy Court Ordered sale, and subject to approval, shipping can take an average of 3-6 weeks.

**Liens:** We are not aware of any liens

**Bidding Guide:** Please review the bkassets.com bidding guide for terms of auction prior to placing a bid or making an offer..

## Related products



Judgment in the Amount of $440,349.69

Auction Ended Auction finished

Bid Now



Judgment in the Amount of $440,349.69

Starting bid: $4,403.00

Time left

4　0　3　51　48

Weeks Days Hours Minutes Seconds

Bid Now



Judgment in the Amount of $192,405.00

Starting bid: $1,935.00

Time left

4　0　5　48　48

Weeks Days Hours Minutes Seconds

Bid Now

Copyright © 2018 BK Assets

# Exhibit D

Search…

On Auction Now    eBay Auctions    Make An Offer

My Account



Home    Auctions ▾    On Sale Soon ▾    Trustees and Staff    Links ▾    Conta ☰

Home / Judgments / Judgment in the Amount of $54,833.02!



# Judgment in the Amount of $54,833.02!

Winning Bid: $548.33

Item condition: New

Category: Judgments

Share this auction:

Description | Auction history | Reviews (0)

## Auction History

Auction has finished

Highest bidder was: buckauction

| Date | Bid | User | Auto |
|---|---|---|---|
| February 25, 2020 2:34 pm | $548.33 | buckauction | |
| January 24, 2020 4:12 pm | Auction started | | |

## Related products



Judgment in the Amount of $193,807.55 | Auction Ended Auction finished | Bid Now



Judgment in the Amount of $192,405.00 | Auction Ended Auction finished | Bid Now



Judgment in the Amount of $193,807.55 | Auction Ended Auction finished | Bid Now

Copyright © 2018 BK Assets

# Exhibit E

Search…

On Auction Now    eBay Auctions    Make An Offer

My Account



Home    Auctions ▾    On Sale Soon ▾    Trustees and Staff    Links ▾    Conta ≡

Home / Judgments / Judgment in the Amount of $54,833.02!



# Judgment in the Amount of $54,833.02!

Winning Bid: $548.33

Item condition: New

Category: Judgments

Share this auction:

Description | Auction history | Reviews (0)

## Description

Item Id: Segunda02
Case Name: Segunda Corp.
Case Number: 18 03653
Trustee:
Starting Minimum Bid: $548.33

Description: Default judgment against Merchants Capital Access, LLC, a New York limited liability company in the amount of $54,883.02. The judgement was filed in the District of Arizona in the above bankruptcy case, and Adv. Pro # 3:19-ap-00178 on behalf of the Trustee (Mills)

The judgment is in the amount of $54,883.02 and interest from 7/29/2019

Trustee will provide known address of the defendant to the winning bidder.

**Judgment** See Link Below:
DE #10 Default Judgment (1)

**Notes:** A closing cost fee of $275 will apply. This is all we know about this item. Any fees/liens owing on this item are not part of the final bid price. A bid submitted by a buyer is an agreement to our Terms. Buyers should not bid unless they fully intend to complete the sale in accordance with our Terms (to view terms, click "Terms" tab in Seller Store header at top of ad).

Bidders should familiarize themselves with BKAssets.com policy regarding 'Proxy Bidding' (see 'Bidding Guide' on www.bkassets.com Home Screen). BKAssets is not responsible for connectivity issues, or Internet transmission times, when submitting an auction bid near the close of auction. The auction process does not extend past the set close time of the auction and bidders are solely responsible for the timing and receipt of their bids if they elect not to utilize Proxy bidding.

**BKAssets.com has retained the services of an outside collection agency specializing in judgments who may be willing to assist the winning bidder in pursuing, and collecting, on the judgment from the defendant. This asset has been pre-approved for this assistance by both BKAssets and the collection agency.

This service is an option for the winning bidder if they so choose to accept. It is NOT provided automatically by BKAssets.com.

This agreement with BKAssets.com is on a contingency basis. If the winning bidder elects to accept this service by the collection agency, should any payments be received, the collection agency will have the right to maintain up to 33% of the funds collected on behalf of the winning bidder. There is no up-front fee to the buyer for the service. The agency is only paid if they are successful in their efforts obtaining payment directly from the defendant.

In order to accept this agreement and collection support, the winning bidder must contact BKAssets directly once the original assignment is signed and notarized by the Trustee and the assignment is received by to the winning bidder. BKAssets will then provide the collection agency contact information to the winning bidder.**

**Legal Info:** By Order of the United States Bankruptcy Court, BKAssets sells this and any other property/judgment "AS IS, WHERE IS", with no warranties implied or stated. This means that the Seller and the trustee are not responsible for problems (if any) with the judgment, collection of same, or any liens or encumbrances against the defendants. The buyer will be entirely responsible for this judgment/assignment after the sale including but not limited to: paying any fees/costs associated with this judgment, pursuit of the collection any paperwork/documentation necessary for that process and for collection of the judgment. Seller and trustee are NOT appraisers or judgment brokers. BKAssets and the trustee shall be under no obligation to buyer except to provide buyer with a assignment. All the information as to the item description has been provided by the court. BKAssets cannot guarantee that all the information is accurate. BKAssets recommends all bidders perform their own due diligence prior to bidding. As with any bankruptcy sale, this sale may be subject to court approval.

**Payment Info:** $U.S. Money order, certified check, cashier's check. BKAssets may also accept "bill pay" from Wells Fargo, Bank of America, Citibank, Chase, a local regional bank or Credit Union. If you would like to use "Bill Pay," but do not bank at one of these establishments, please call BKAssets prior to sending payment.

A closing cost fee of $275 (payable to seller) will apply. Full payment must be received within (7) days of winning bid. Any bidder who does not complete the sale within 7 days from the close of auction will be considered in default. Seller has the right to proceed with the next highest bidder.

**Shipping Info:** Shipping is included to all buyers in the United States. International bidders are welcome, please contact Bkassets for shipping costs to countries other than the United States prior to bidding. Shipping costs to locations outside of the US will be calculated at the close of auction. Please be advised that because this is a US Bankruptcy Court Ordered sale, and subject to approval, shipping can take an average of 3-6 weeks.

**Liens:** We are not aware of any liens

**Bidding Guide:** Please review the bkassets.com bidding guide for terms of auction prior to placing a bid or making an offer..

# Related products



Judgment in the Amount of $193,807.55

Auction Ended Auction finished

Bid Now

Judgment in the Amount



of $192,405.00 | Auction Ended Auction finished | Bid Now

Judgment in the Amount of $193,807.55 | Auction Ended Auction finished | Bid Now

Copyright © 2018 BK Assets